*Debbie D Demshar*  09-50320

FILED
2010 AUG -4 AM 11: 44
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF
OHIO, AKRON

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | CREDIT BUREAU STARK COUNTY, INC. | $ 486.00 | $ (1.51) + next page |

UST Form 101-7-NFR (9/1/2009) (Page: 3)
09-50320-mss   Doc 32-1   FILED 08/03/10   ENTERED 08/03/10 12:36:41   Page 3 of 5
09-50320-mss   Doc 35   FILED 08/04/10   ENTERED 08/04/10 11:56:34   Page 1 of 2

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment | |
|---|---|---|---|---|
| 2 | AKRON GENERAL MEDICAL CENTER | $ 42,699.65 | $ 132.31 | + |
| 3 | Worldwide Asset Purchasing, II, LLC | $ 4,272.86 | $ 13.24 | |
| 4 | TARGET NATIONAL BANK | $ 591.81 | $ (1.83) | + |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,209.97 | $ 9.95 | |
| 6 | CAPITAL ONE BANK (USA), N.A. | $ 1,154.78 | $ (3.58) | + |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 1,217.02 | $ (3.76) | |

*see previous page*

Tardily filed claims of general (unsecured) creditors totaling $ 1,158.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | PRA Receivables Management, LLC | $ 1,158.37 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

*$ 10.68*
*CR # 2006*
*receipt # 81664*

UST Form 101-7-NFR (9/1/2009) (Page: 4)
09-50320-mss   Doc 32-1   FILED 08/03/10   ENTERED 08/03/10 12:36:41   Page 4 of 5
09-50320-mss   Doc 35   FILED 08/04/10   ENTERED 08/04/10 11:56:34   Page 2 of 2